UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | Case No.  ED CV 18-01255-AB (KKx) |
|---|---|
| Misael Romero, | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Muneer Rasheed, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 10, 2018

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE